**EXHIBIT A**

# FRANKLIN COLLECTION SERVICE, INC.

P. O. Box 3910 • Tupelo, MS 38803

Phone: 662-840-6720
Toll Free: 1-888-215-8962

## GARNISHMENTS ARE COSTLY!

BECAUSE THE PROCESS SERVER, THE GARNISHEE AND THE COURT MUST BE PAID FOR THE SERVICE THEY RENDER AND ALL SUCH COST'S MAY BE CHARGED TO THE DEBTOR BY THE COURT, IF A JUDGEMENT IS ENTERED. HOWEVER, A CREDITOR SELDOM RESORTS TO GARNISHMENT IF THE DEBTOR ACTS IN GOOD FAITH. AT THIS TIME, THERE HAS BEEN NO CIVIL ACTION FILED OR JUDGEMENT OBTAINED. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ALL INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.

☑ Employment Verified

☐ Assets Located

CASE NUMBER  | 0075 9116 9 |

Donald Fleming
106 Willow Oaks Dr
Eufaula, AL 36027-5407

Unit
Manger: Mr. Robinson

Date  MARCH 06, 2005

| YOUR DELINQUENT ACCOUNT WITH | AMOUNT DUE |
|---|---|
| BELLSOUTH ALABAMA | $147.65 |

TO BE SURE OF PROPER CREDIT AND TO STOP FURTHER
PROCEEDURES, RETURN THIS NOTICE WITH PAYMENT IN
FULL TO FRANKLIN COLLECTION SERVICE, INC.