AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

DONALD FLEMING,

V.

FRANKLIN COLLECTION SERVICE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv209-DRB

TO: (Name and address of Defendant)

FRANKLIN COLLECTION SERVICE, INC.
C/O DAN FRANKLIN, PRESIDENT
2978 W. JACKSON STREET
TUPELO, MS 38803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
ESPY, METCALF & POSTON, P.C.
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              3-8-06
_____                    _____
CLERK                                                         DATE

_____
(By) DEPUTY CLERK