IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD FLEMING, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CASE #   06-CV-209-WHA-DRB |
| | ) | |
| FRANKLIN COLLECTION SERVICE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

In the above-styled case, the Plaintiff, Donald Fleming, by and through his undersigned attorney, submits this Notice of Dismissal, With Prejudice, as to Franklin Collection Service, Inc.

Respectfully submitted,

BROCK & STOUT

*/s/ David G. Poston*
David G. Poston, Esq.
Michael Brock, Esq.
Gary Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email christal02@centurytel.net

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Travis B. Holly, Esq., LLOYD, GRAY & WHITEHEAD, PC., 2501 20TH Place South, Ste 300, Birmingham, Alabama 35223, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed or by electronic mail this the **23**$^{rd}$ day of **May** 2006:

*/s/ David G. Poston*
David G. Poston