**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

May 24, 2006

**Notice of Dismissal of Case**

To:   All Parties

Re:   Fleming v. Franklin Collection Service, Inc.
      Civil Action No.   2:06-cv-00209-WHA

   Pursuant to the Notice of Dismissal filed by the Plaintiff on May 24, 2006, this case has been closed and removed from the pending docket of this court.